# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Barry L. Walker, | Civ. No. 20-0247 (JRT/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| FMC Rochester; Federal Bureau of Prisons; Keep, CO/1; Machutt, CO/1; and John & Jane Does #1-10, et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED THAT:**

1. The application to proceed *in forma pauperis* of plaintiff Barry L. Walker (Doc. No. 2) is **GRANTED**.

2. Walker must submit a properly completed Marshal Service Form (Form USM-285) for each defendant. If Walker does not complete and return the Marshal Service Forms within **30 days** of this order, it will be recommended that this matter be dismissed without prejudice for failure to prosecute. Marshal Service Forms will be provided to Walker by the Court.

3. After the return of the completed Marshal Service Forms, the U.S. Marshals Service is directed to effect service of process on each of the defendants consistent with Rule 4(i) of the Federal Rules of Civil Procedure.

4. Walker must pay the unpaid balance ($350.00) of the statutory filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court

shall provide notice of this requirement to the authorities at the institution where Walker is confined. Because the current balance of Walker's prison trust account is far less than the initial partial filing fee owed under 28 U.S.C. § 1915(b), the requirement of an initial partial filing fee is waived in this matter. *See* 28 U.S.C. § 1915(b)(4).

Dated: February 27, 2020            *s/ Becky R. Thorson*
                                                  BECKY R. THORSON
                                                  United States Magistrate Judge