UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| BARRY L. WALKER, | Civil No. 20-247 (JRT/BRT) |
| Plaintiff, | |
| v. | |
| FMC ROCHESTER, et al., | **ORDER ON REPORT AND RECOMMENDATION** |
| Defendants. | |

---

Barry L. Walker, ADDRESS UNKNOWN, *pro se* plaintiff.

Friedrich A. P. Siekert, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondents.

Magistrate Judge Becky R. Thorson filed a Report and Recommendation on January 13, 2021 (ECF No. 49). No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (ECF No. 32) is **GRANTED** and

2. Plaintiff's Complaint (ECF No. 1) is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 18, 2021　　　　　　　　s/John R. Tunheim
at Minneapolis, Minnesota　　　　　　　JOHN R. TUNHEIM

Chief Judge
United States District Court